ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Sterling Design, Inc. ) ASBCA No. 61143
)
Under Contract No. FA8517-12-M-0008 )

APPEARANCE FOR THE APPELLANT: Mr. Richard L. Kessler
President

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Michael T. Patterson, Esq.
Trial Attorney
Defense Contract Management Agency
Chantilly, VA

ORDER OF DISMISSAL

This appeal has been settled. It is dismissed with prejudice.

Dated: 22 March 2018

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61143, Appeal of Sterling Design, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals